NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SANDISK CORP.,**
*Plaintiff-Appellant,*

v.

**KINGSTON TECHNOLOGY CO., INC.** AND
**KINGSTON TECHNOLOGY CORP.,**
*Defendants-Cross Appellants.*

---

2012-1384, -1421

---

Appeals from the United States District Court for the Western District of Wisconsin in case no. 10-CV-0243, Senior Judge Barbara B. Crabb.

---

ON MOTION

---

ORDER

Upon consideration of the parties' joint motion for an extension of time for the remaining briefing in this appeal,

IT IS ORDERED THAT:

The motion is granted.  The cross-appellants' initial brief is due October 12, 2012.  The appellant's reply brief is due November 30, 2012; and the cross-appellants' reply brief is due December 21, 2012.

FOR THE COURT

SEP 1 4 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David M. Barkan, Esq.
     Raoul D. Kennedy, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 4 2012

JAN HORBALY
CLERK